UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA: NORFOLK DIVISION

No. 19-323

**BACK BAY RESTORATION FOUNDATION, LTD.**

          **Plaintiff**

v.

**UNITED STATES ARMY CORPS OF ENGINEERS,**

          **Defendant.**

## MOTION FOR PRELIMINARY INJUNCTION

Now comes Back Bay Restoration Foundation, Ltd. ("BBRF"), by counsel, and moves this Court, for the reasons set forth it its accompanying Brief, to order the United States Army Corps of Engineers to temporarily revoke a certain permit it issued that authorizes the permanent destruction of wetlands.

                                      BY: _____/s/ Douglas E. Kahle, Esq._____
                                                    Douglas E. Kahle, Esq.

Douglas E. Kahle, Esq. (VSB #15964)
Attorney for Back Bay Restoration Foundation, Ltd.
BASNIGHT, KINSER,
LEFTWICH & NUCKOLLS, P.C.
308 Cedar Lakes Drive, 2nd Floor
Chesapeake, VA 23322-0017
(757) 547-9191 Telephone
(757) 547-9135 Facsimile
dkahle@basnightkinser.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Brief in Support of a Motion for Preliminary Injunction was served by certified mail, this 20th day of June, 2019, to;

Civil Process Clerk
Office of the United States Attorney
Eastern District of Virginia
101 W. Main Street, Suite 8000
Norfolk, VA 23510-1671

William P. Barr
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Col. Patrick V. Kinsman
Norfolk District Commander
United States Army Corps of Engineers
803 Front Street
Norfolk, VA 23510

/s/ Douglas E. Kahle, Esq.
DOUGLAS E. KAHLE, ESQ.
Virginia State Bar # 15964
Attorney for Back Bay
Restoration Foundation, Ltd.
Basnight, Kinser, Leftwich
& Nuckolls, P.C.
308 Cedar Lakes Drive, 2nd Floor
Chesapeake, VA 23322
Phone: 757-547-9191
Fax: 757-547-9135
DKahle@basnightkinser.com