**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA: NORFOLK DIVISION**

Case No. 2:19-cv-00323-AWA-DEM

**BACK BAY RESTORATION FOUNDATION, LTD.**

        **Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

        **Defendant,**

**and**

**HOFD ASHVILLE PARK, LLC,**

        **Intervening Defendant.**

## REQUEST FOR HEARING

Now comes the Plaintiff, Back Bay Restoration Foundation, Ltd., by counsel, in accordance with Local Rule 7 (E) with its request for a hearing on its Second Motion for Preliminary Injunction [document 39] at which this Court can consider granting the requested preliminary injunction in accordance with the Plaintiff's Brief [document 40] and arguments of counsel

        BY:    /s/ Douglas E. Kahle, Esq.
                Douglas E. Kahle, Esq.

Douglas E. Kahle, Esq. (VSB #15964)
Attorney for Back Bay Restoration Foundation, Ltd.
BASNIGHT, KINSER,
LEFTWICH & NUCKOLLS, P.C.
308 Cedar Lakes Drive, 2nd Floor
Chesapeake, VA  23322-0017
(757) 547-9191 Telephone
(757) 547-9135 Facsimile
dkahle@basnightkinser.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2020, I filed the foregoing with the Clerk of Court using the CM/ECT system, which will then send a notification of electronic filing to the registered users in this case.

    /s/ Douglas E. Kahle, Esq.
DOUGLAS E. KAHLE, ESQ.
Virginia State Bar # 15964
Attorney for Back Bay
Restoration Foundation, Ltd.
Basnight, Kinser, Leftwich
& Nuckolls, P.C.
308 Cedar Lakes Drive, 2nd Floor
Chesapeake, VA   23322
Phone:  757-547-9191
Fax:  757-547-9135
DKahle@basnightkinser.com